**James Arthur POLHEMUS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. C14-81-681-CR.**

Court of Appeals of Texas, Houston (14th Dist.).

June 9, 1983.

Stanley Schneider, Gary Polland, Houston, for appellant.

John B. Holmes, Jr., James Brough, Asst. Dist. Atty., Houston, for appellee.

Before JUNELL, MURPHY and SEARS, JJ.

JUNELL, Justice.

Appellant was convicted by a jury of theft of property of the value of over two hundred dollars and under ten thousand

dollars; the court assessed punishment at ten years imprisonment.

This court has been informed by way of proper affidavit that appellant died on March 23, 1983. The death of the appellant deprives the court of further jurisdiction over the case. *King v. State,* 379 S.W.2d 907 (Tex.Cr.App.1964). Accordingly, the appeal is abated, the cause is remanded to the trial court with instructions to set aside the judgment and dismiss the indictment for want of jurisdiction.